UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY RECARDO G. TURNER,<br><br>    Plaintiff,<br><br>  vs.<br><br>CONNIE GIBSON, et al.,<br><br>    Defendants. | 1:13-cv-01612-LJO-GSA-PC<br><br>ORDER DENYING MOTION AS MOOT<br>(Doc. 15.) |

On October 24, 2013, Anthony Recardo G. Turner ("Plaintiff") filed a motion for the court to provide him with service documents to initiate service of process by the United States Marshal in this case. (Doc. 15.) In light of the fact that this case was dismissed on October 10, 2013 under 28 U.S.C. § 1915(g), without prejudice to refiling the case with submission of the $400.00 filing fee in full, Plaintiff's is moot and shall be denied as such.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion filed on October 24, 2013, is DENIED as moot.

IT IS SO ORDERED.

  Dated:   **October 25, 2013**              **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE